UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| QUENTIN LINK, a minor, by Next Friend and Legal Guardian, Iris Link, and by IRIS LINK, individually, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| | ) Case No. 3:12-cv-0472 |
| | ) Judge Trauger |
| v. | )<br>) |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, and KIMBER HALIBURTON, individually and in her official capacity as principal of Harpeth Valley Elementary School, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss Kimber Halliburton (Docket No. 21) is **GRANTED** and all claims asserted against this defendant are **DISMISSED**.

It is so Ordered.

Enter this 28th day of September 2012.

_____
ALETA A. TRAUGER
United States District Judge

1