IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

QUENTIN LINK, a minor, by Next Friend )
and Legal Guardian, Iris Link; and )
IRIS LINK, individually )
 )
v. ) NO. 3:12-0472
 )
METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON COUNTY )

**O R D E R**

The Defendant's motion (Docket Entry No. 55) to amend the current pretrial deadlines is GRANTED. The scheduling order (Docket Entry No. 52) is amended and the following deadlines shall apply to this action:

1. All discovery shall be completed by June 1, 2015;

3. All discovery motions shall be filed by June 15, 2015; and

4. All dispositive and other motions shall be filed by July 14, 2015.

Any party desiring to object to this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for the objection. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge